UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER D. EUSTICE                                           CIVIL ACTION

VERSUS

                                                                          NO. 18-1008-SDD-RLB

STATE OF LOUISIANA THROUGH
THE BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL COLLEGE,
ET AL.

## ORDER

Before the Court is Plaintiff's motion for leave to proceed in forma pauperis (R. Doc. 2). Plaintiff represents that he is currently employed at Optics and Ammo, LLC, in Houston, Texas, and that he makes $5,000.00 a month per May 2018.

Plaintiff's motion states under "3. *Other Income.*" that he answered "Yes" to the question of whether in the past 12 months, he has received income from a business, profession or other self-employment. In addition, he answered "Yes" to (b) Rent payments, interest or dividends, (e) Gifts, or inheritances and (f) Any other sources. He explains that he is self-employed and makes a small and modest income from his startup business, earns interest from his bank accounts and occasionally receives small gifts from family members. Further, he states that he has other streams of income, including litigation settlements which are confidential.

Under Section 4. "Amount of money that I have in cash or in a checking or savings account," Plaintiff states that he has $45,000.00.

Plaintiff has a significant salary and $45,000 in cash. He has sufficient money to pay the applicable filing fee. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Proceed in District Court without Prepaying Fees or Costs (R. Doc. 2) is **DENIED**.  Plaintiff shall pay the complete filing fee in this matter **on or before December 26, 2018**.

Signed in Baton Rouge, Louisiana, on December 4, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　**RICHARD L. BOURGEOIS, JR.**
　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**