UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISANA

| | |
|---|---|
| CHRISTOPHER D EUSTICE,<br><br>PLAINTIFF,<br><br>VERSUS<br><br>STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; FIELDON KING F. ALEXANDER, BART THOMPSON, ANDREW PALERMO, MEGAN C. MARTTER, RYAN BARSA, *et al.*<br><br>Defendants. | NO. 3:18-CV-01008-SDD-RLB<br><br>CHIEF JUDGE SHELLY D. DICK<br><br>MAGISTRATE JUDGE RICHARD L. BOUREOIS, JR. |

## **MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

NOW INTO COURT, comes Defendant, Ryan Barsa, who respectfully requests that the Court dismiss Plaintiff's Second Amended Complaint and Jury Demand with prejudice pursuant to Federal Rule 12(b)(6) for the following reasons and as more fully detailed in the attached Memorandum in Support:

1. Per Doc. 89, Defendant Barsa respectfully submits the Motion to Dismiss Pursuant To Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2. Plaintiff has failed to state a claim against Ryan Barsa under which relief may be granted. Plaintiff's claims are prescribed. Plaintiff's allegation of the continuing violation theory is inapplicable. As shown in the attached Memorandum in Support, Plaintiff's Second Amended Complaint fails to put forth any set of facts which would support a right to relief for any of the causes of action contemplated. All claims against Ryan Barsa should be dismissed with prejudice.

WHEREFORE, Defendant, Ryan Barsa, prays that the Court grant this Motion to Dismiss Pursuant to Rule 12(b)(6) with prejudice.

Respectfully Submitted,

By: s/ Ryan Barsa<br>
Ryan Barsa<br>
Pro Se Defendant<br>
20 Conifer Dr., Mendham NJ 07945<br>
8/30/2019

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2019, a copy of the foregoing Memorandum in Support of Defendant's Motion to Dismiss was mailed to the Clerk of Court for filing with the CM/ECF filing system.

United States District Court Office Clerk's Office

777 Florida Street Suite 139

Baton Rouge, LA 70801

I hereby certify that I have mailed the foregoing memorandum by United States Postal Service this filing to the following non-CM/ECF participant:

Mr. Christopher D Eustice

Plaintiff Pro Se

655 West Forest Drive Houston, TX 77079

Email: chris.eustice@sbcglobal.net

By: s/ Ryan Barsa

Ryan Barsa

Pro Se Defendant

20 Conifer Dr., Mendham NJ 07945

8/30/2019

EXPECTED DELIVERY DAY: 09/03/19

USPS TRACKING NUMBER



9505 5131 6682 9242 4000 19

PRESS FIRMLY TO SEAL

$7.35

# PRIORITY® MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited International insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

FROM: Ryan Baisa
20 Conifer Dr.
Mendham NJ 07945



U.S. MARSHAL SCREENED GK

TO: United States District Court office Clerks office
777 Florida St. Suite 139
Baton Rouge, LA 70801

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.