UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER D EUSTICE, | |
| Plaintiff, | NO. 3:18-CV-01008-SDD-RLB |
| VERSUS | CHIEF JUDGE SHELLY D. DICK |
| STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL., | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| Defendants. | |

**MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS**

[The Plaintiff's] *pro se* status does not offer him an impenetrable shield, for one acting *pro se* has no license to harass others, clog the judicial machinery with meritless litigation and abuse already overloaded court dockets.

*Wells v. DiVicenti*, No. 12-731, 2014 WL 1118113, at *3 (M.D. La. Mar. 20, 2014).

In a ruling dated January 14, 2020, this Court characterized certain of Mr. Eustice's e-mail communications with the attorneys for the LSU Defendants as "habitual harassment," "extremely inappropriate and utterly reprehensible," and as demonstrating "repugnant behavior that is beneath the dignity of this Court." R. doc. 115, pp. 2-3. The Court also warned Mr. Eustice that pursuant to Local Rule 83(b)(10), "willful failure to comply with any of [the Local Rules] … shall be cause for such disciplinary action as the Court may see fit." *Id*., p.3. Unfortunately, the Court's warning had no effect at all; to the contrary, the tenor of Mr. Eustice's never-ending e-mail communications since the Court's warning has taken on a darker and more ominous tone:

- He has sent disturbing e-mails expressing his "strong feelings" for Lauren Rivera Hadden, co-counsel for the LSU Defendants, and inquiring whether Ms. Hadden might feel the same way about him; and

- He has sent numerous threatening e-mails to undersigned counsel.

- 1 -

2337012v.2

- 2 -

Mr. Eustice's latest run of bad behavior culminated on the afternoon of Saturday, May 16, 2020, when he called undersigned counsel's residence and spoke with his wife and complained that undersigned counsel was not responding to his e-mails.

The attorneys for the LSU Defendants should not have to put up with this threatening and harassing behavior from Mr. Eustice and respectfully request this Court to sanction Mr. Eustice pursuant to law and the Court's inherent powers by dismissing this lawsuit, enjoining Mr. Eustice from filing further *pro se* lawsuits without first obtaining Court approval, and ordering Mr. Eustice to reimburse the LSU Defendants for the attorney fees and costs they have incurred defending against this frivolous lawsuits and Mr. Eustice's threatening and harassing e-mails.

Mr. Eustice must be held accountable for his conduct.

## **FACTS AND PROCEDURAL HISTORY**

All of the communications described below were sent after the Court issued its earlier January 2020 ruling condemning Mr. Eustice for his reprehensible and repugnant communications.

A.   *Mr. Eustice's inappropriate e-mails regarding Ms. Hadden*

Lauren Rivera Hadden is enrolled as co-counsel for the LSU Defendants in this case.

In the early morning hours of February 21, 2020, at 12:52 a.m., Mr. Eustice initiated a new e-mail thread entitled "Frivolous Pleadings" (attached hereto as Exhibit A). The e-mail was sent to undersigned counsel, Ms. Hadden, Mr. Eversberg (counsel for co-defendant Megan Martter), and Mr. Barsa (*pro se* co-defendant). The e-mail began with Mr. Eustice accusing undersigned counsel of dishonesty:

> As many of you are aware, John Murrill has made a habit of being dishonest in his frivolous pleadings. Among his extremely absurd claims is that I was obsessed with Megan Martter. I would hope my lack of serious interest in her would be clear from my texts and emails. Megan is cute, but I am far from obsessed with her. I

- 2 -

2337012v.2

personally find Allison to be much more attractive than Megan Martter. Why would I be obsessed with Megan Martter when I had Allison?

On the night of February 22, 2020, after no one responded to his earlier e-mail, Mr. Eustice revisited the thread at 10:03 p.m. and provided more information about his preferences in women:

> I'm also 6 feet 3 in. tall while Megan is around 5 feet tall. It's a pretty big height difference. It's not easy to make that work. I am into taller women as I am a rather large individual and being a semi professional bodybuilder means that I am also more well suited with taller women because I can still easily lift a woman who is taller than I am. There is this 6 foot 5 inch tall Polish girl who always works out at my gym and I think I should ask her out on a date but I don't really know her.

Forty (40) minutes later, after no one responded to his earlier e-mail, Mr. Eustice revisited the "Frivolous Pleadings" thread again at 10:41 p.m. to provide still more information about his preferences in women. This was the first e-mail when he began discussing his attraction to Ms. Hadden:

> I also want to mention that I prefer women who have lighter colored eyes. I have blue eyes. I really prefer women with blue eyes. Megan has brown eyes. But there are still some women out there with brown eyes who are very attractive to me. Allison Brassette is very attractive and significantly taller than Megan Martter. I can send you over a years [sic] worth of text messages that can prove Allison was my girlfriend from Fall 2017 to January 2019. Why would I be obsessed with Megan Martter as you falsely allege? Lauren Hadden is also a very attractive example of a tall woman with brown eyes. She kept glancing over at me in court and I think she was checking me out, but I'm not sure.

Over the next few weeks, in the "Frivolous Pleadings" e-mail thread and in a separate thread entitled "Request for Case to be Opened" (addressed to the same recipients and attached hereto as Exhibit B), Mr. Eustice continued to focus on Ms. Hadden. Over time, the e-mails disturbingly morphed from commenting on Ms. Hadden's physical appearance to expressing personal feelings for Ms. Hadden and questioning whether she might feel the same way about him:

- February 24, 2020, 11:30 p.m. ("Frivolous Pleadings" thread). "Lauren Hadden is probably one of the most attractive women I have ever met. Absolutely beautiful!"

- February 27, 2020, 11:09 p.m. ("Request for Case to be Opened" thread). "Lauren is gorgeous."

- March 3, 2020, 3:16 a.m. ("Frivolous Pleadings" thread). "When Lauren was checking me out in court I was around 192 lbs. I had leaned out and dropped some weight. Sometimes all the extra muscle mass can be unhealthy. I am back at a lean 200 lbs now. My phone number hasn't changed."

- March 3, 2020, 9:55 p.m. ("Frivolous Pleadings" thread). "I don't want to seem crude. I just have strong feelings for Lauren. She seems like a very pleasant person. I am not trying to make anyone uncomfortable. I am also a good looking guy and I thought Lauren might also have feelings for me as well."

After undersigned counsel replied to the latest e-mail and notified Mr. Eustice that he intended to notify the Court of these inappropriate e-mails, Mr. Eustice, again copying all defense counsel, tried to explain himself:

- March 4, 2020, 2:06 a.m. ("Frivolous Pleadings" thread). "I genuinely care about Lauren and her wellbeing. Maybe more than you. I think it's appropriate to at least mention my feelings to see if she feels the same way about me. I generally know when women are attracted to me."

- March 19, 2020, 11:59 p.m. ("Frivolous Pleadings" thread). "I hope I didn't hurt anyone's feelings. I still think Megan is cute. Lauren is also very attractive."

- March 25, 2020, 5:26 p.m. ("Frivolous Pleadings" thread). "I also wanted to follow up with Lauren Hadden. I would like to get to know you on a personal level."

The irony seems lost on Mr. Eustice. After previously being warned by the police on three separate occasions to stop sending harassing e-mails and text messages to other LSU students (co-defendant Mr. Barsa, Megan Mitchell, and Drumil Parekh), and after being arrested and suspended from LSU for sending harassing e-mails and text messaging to co-defendant Megan Martter, and after very recently being admonished by this Court for his harassing and inappropriate e-mails to the attorneys for the LSU Defendants, one would think Mr. Eustice would have learned his lesson.[1]

---

[1] Mr. Eustice's harassment of Ms. Martter is the focus of this litigation, but he also admits in his pleadings to his harassment of Mr. Barsa, Ms. Mitchell, and Mr. Parekh. (Second Amended Complaint, ¶¶ 19, 61, 65, 69-70.)

- 4 -

2337012v.2

But clearly he has not. Not only are Mr. Eustice's emails to Ms. Hadden extremely unprofessional, they are offensive and disturbing.

B.       *Mr. Eustice's abusive and threatening behavior towards undersigned counsel.*

Some brief background is necessary.

The attorneys for the LSU Defendants have advised the Court in the past about Mr. Eustice's "pending issues." From the earliest stages of this litigation, Mr. Eustice has inundated the attorneys with ludicrous e-mails demanding compensation for alleged events that happened years ago while he was a student at LSU but that are not part of his Complaint. He has demanded compensation for allegedly tearing a muscle in his chest while lifting weights in the student rec center; for allegedly twisting his ankle while playing pick-up basketball in the rec center; for allegedly contracting food poisoning in the LSU cafeteria; for purchasing a textbook from LSU that was allegedly defaced with drawings of male genitalia; for allegedly being exposed to asbestos while a student; for his bicycle having been stolen from outside his dorm room; for allegedly being exposed to second-hand smoke from his dormitory roommate; and for other equally ridiculous allegations. Undersigned counsel has repeatedly informed Mr. Eustice that LSU is not going to discuss his "pending issues," but he continues to come up with new allegations and continues to send e-mails demanding "updates" on his "pending issues."[2]

---

[2] Although LSU and its attorneys have refused to discuss Mr. Eustice's "pending issues," they have also cooperated with Mr. Eustice whenever he has made reasonable requests unrelated to his lawsuit and his demands for compensation. For example, LSU provided Mr. Eustice with a requested copy of an old syllabus from a class he took years ago at LSU (which he apparently needed to assist in getting transfer credits at the institution where he is currently enrolled), LSU lifted a hold on his transcript, LSU provided him with requested copies of his records from the LSU Office of Disability Services, LSU answered his questions regarding future graduation requirements, LSU provided him with a copy of an old LSU police report from when his bike was stolen on campus (which he apparently needed to assist with making a claim against the bike-lock company), and LSU agreed to keep his old LSU student e-mail account active per his request.

2337012v.2

Separately, in October 2019, Mr. Eustice received a routine e-mail notification from LSU that his student e-mail account was being removed because he was no longer a student. Mr. Eustice wrote to undersigned counsel on October 3, 2019, and asked whether LSU would agree to keep his student e-mail account active. LSU agreed to his request. Almost all of Mr. Eustice's communications with undersigned counsel are sent from a non-LSU e-mail address; he has, however, contacted undersigned counsel on several occasions because he claims to be locked out of his LSU e-mail account, usually because he has failed to renew his password.

In late January 2020, Mr. Eustice sent a series of e-mails to undersigned counsel (including the "Request for Case to be Opened" e-mail) demanding to know what LSU was going to do about a series of incidents that took place in 2017 between Mr. Eustice and another LSU student, Connor Stang (Connor did things "that have hurt my feelings," "Connor would frequently vape in our apartment," Connor "threw an egg at me," "Connor called me a 'scumbag,'" Connor "stole" Michelob Ultra from my refrigerator, etc.)

On January 29, 2020, in a new e-mail thread entitled "Eustice v. LSU" (attached hereto as Exhibit C), undersigned counsel e-mailed Mr. Eustice that "I forwarded your recent inquiries (Suresh Moorthy, Connor Stang, etc.) to LSU and they confirmed for me this morning they have no interest in discussing these issues with you."

Since that time, Mr. Eustice has continued to e-mail undersigned counsel repeatedly wanting more information about the "pending issues" regarding Connor Stang, all of which undersigned counsel has ignored. Over time, Mr. Eustice's harassing demands for "updates" have transitioned into more personal attacks and threats. All of the following e-mails were sent to undersigned counsel, to Ms. Hadden, to Mr. Eversberg, and to Mr. Barsa:

- January 31, 2020, 10:51 a.m. ("Eustice v. LSU" thread). "I can sue you and/or LSU in other lawsuits if needed."

- January 31, 2020, 9:57 p.m. ("Impact Guns" thread, attached hereto as Exhibit D). "I need updates. I don't stop. I will vacate judgements and file parallel lawsuits. Trump 2020."

There was a lull in these e-mails during the month of February while Mr. Eustice turned his attention to Ms. Hadden. The targeted harassment of undersigned counsel resumed in March:

- March 8, 2020, 11:32 p.m. ("Impact Guns" thread). "I have no problem filing a $10,000 small claims lawsuit. I file them all the time and have a lot of experience in that area. … I also get to file lawsuit there for free without paying the filing fee. I really like our Judge here. Stop wasting my time and stop ignoring me. I am a skilled litigant and I won't take no for an answer."

- March 31, 2020, 12:07 p.m. ("Frivolous Pleadings" thread). "Please stop ignoring my emails and please stop being a terrible person."

- March 31, 2020, 8:48 p.m. ("Frivolous Pleadings" thread). "Respond now please. Stop ignoring my reasonable requests. You little man. How dare you defy me. Who do you think you are?"

- April 14, 2020, 8:47 p.m. ("Frivolous Pleadings" thread). "I am also considering taking civil action against you. I would hope you knew enough about me to take my threats of civil action seriously. I will never give up until I am adequately compensated for what is owed to me."

- May 6, 2020, 1:18 a.m. ("Frivolous Pleadings" thread). "John start responding to my emails. If things don't work out in my case I'm going to keep filing hundreds of breach of contract cases against individual LSU employees over the next 10 years. I will bankrupt LSU and bury the University in financial ruin. Do not mess with me."

- May 6, 2020, 1:33 a.m. ("Frivolous Pleadings" thread). "I'm going to really make you regret mistreating me."

- May 6, 2020, 5:39 p.m. ("Frivolous Pleadings" thread). "You are pushing me. Don't make me sue you."

- May 6, 2020, 8:55 p.m. ("Frivolous Pleadings" thread). "If you keep it up I will sue you until I own everything you have."

Then, on May 9 (3:26 a.m.), Mr. Eustice took a different tack, e-mailing undersigned counsel "do you love Adele? You were wearing a shirt that said 'I love Adele.'" ("Frivolous Pleadings" thread.) This was an obvious reference to undersigned counsel's Facebook page, in

- 7 -

which there is a picture of undersigned counsel wearing a tee-shirt that says "I love Adele." The May 9 e-mail presumably was Mr. Eustice's way of letting undersigned counsel know he was being watched. This was not the first time Mr. Eustice sent such e-mails to the attorneys for the LSU Defendants regarding their Facebook pages.

The more traditional threats and abuse resumed on May 10:

- May 10, 2020, 1:35 a.m. ("Frivolous Pleadings" thread). "See I have a lot in common with you John. Maybe you shouldn't be such a dick."

On May 13-14, Mr. Eustice e-mailed undersigned counsel several times that he was locked out of his LSU e-mail account. Given the never ending abuse from Mr. Eustice, undersigned counsel did not respond to these e-mails.[3]

At 11:50 p.m. on Friday, May 15, Mr. Eustice e-mailed ("Frivolous Pleadings" thread): "My pending issues include several incredibly urgent matters. You have ignored my emails and calls to your office number for months and weeks on end. I will not tolerate this any further. I will make a good faith effort to call you at your home address to make sure you are not simply under quarantine. I will then demand sanctions against you."

Not long after that, at 1:22 a.m. on the morning of Saturday, May 16, Mr. Eustice sent an e-mail ("Frivolous Pleadings" thread) to all defense counsel of record that contained a hyperlink

---

[3] As it turns out, Mr. Eustice was locked out of his LSU e-mail account apparently because it had been thirty (30) days since he had last authenticated using LSU's multifactor authentication ("MFA") security requirement. In an e-mail blast on March 23, 2020, LSU informed Mr. Eustice and other students of the thirty-day requirement. That same e-mail blast contained links to LSU knowledgebase articles for enrolling in MFA, logging in using MFA, and common MFA troubleshooting procedures. LSU sent the same e-mail blast with all of the same information on March 30, 2020, and again on April 8, 2020. In other words, on three (3) separate occasions, LSU advised Mr. Eustice (as part of an e-mail blast to numerous persons) of the MFA requirement, how to use it, and how to troubleshoot if he had problems. All he had to do was provide his username and password to the Outlook application on his phone, and it would trigger the MFA re-authentication process.

- 8 -

2337012v.2

to the online Whitepages showing undersigned counsel's name, home address, home telephone number, the name of his spouse, and the name of one of his children.

On the afternoon of Saturday, May 16, while undersigned counsel was away from the home, his wife texted him that Mr. Eustice had just called the residence and spoken to her. Later that afternoon, when undersigned counsel had returned home and discussed the call with his wife, she expressed concern that he would actually go so far as to call the family residence. Later that evening, Mr. Eustice called the home again and left a voice message. The following day, undersigned counsel e-mailed Mr. Eustice "never call my house ever again" ("Frivolous Pleadings" thread). Mr. Eustice responded Sunday evening (May 17, 7:58 p.m.), "your behavior and lack of response is highly inappropriate. Do you think you can treat people this way and get away with it?"

On May 18, 2020, at 10:27 p.m., Mr. Eustice sent undersigned counsel an e-mail captioned "Get Sued" in which he stated:

> I will sue you until I own everything you have. I will never stop pursuing you with lawsuits.

There were four (4) attachments to the "Get Sued" e-mail:

- A meme of President Trump stating "when people wrong you, go after those people, because it is a good feeling and because other people will see you doing it. I always get even."

- A meme of President Trump stating "you're sued."

- A photograph of President Trump overlaid with "Donald Trump : Three decades 4,056 lawsuits."

- A photograph of a page from a book authored by Mr. Trump. At the top of the page it states "when somebody screws you, screw them back in spades."

The "Get Sued" thread is attached as Exhibit E.

2337012v.2

C.   *Additional e-mails.*

The specific e-mails discussed above are only a small sampling of the volume of e-mails Mr. Eustice sends to the attorneys and Mr. Barsa. Many of the e-mails are simply bizarre. For example:

- March 13, 2020, 1:14 a.m. ("Frivolous Pleadings" thread). Mr. Eustice e-mailed a color photograph of his bloodied and bruised big toe after "I dropped a 400 lb weight on my toe."

- March 15, 2020, 2:23 a.m. ("Frivolous Pleadings" thread). Mr. Eustice e-mailed a picture of himself working out in the gym.

- March 17, 2020, 12:26 a.m. ("Frivolous Pleadings" thread). Mr. Eustice e-mailed a lengthy description of his weight-lifting routines and signed off with the following: "I think Lauren is a rather athletic person. John Murrill is a great outdoorsman and a great hunter. Ryan and Drew are also very talented individuals."

- March 20, 2020, 2:22 a.m. ("Frivolous Pleadings" thread). Mr. Eustice e-mailed screen shots of a 2018 text message exchange he had with another person in which he related that a friend of his had been sending "unsolicited pictures of his junk" to Ms. Martter. In the same e-mail, Mr. Eustice stated "I am very respectful towards and considerate of women. I have never sent Dick pics to a woman before. Personally I feel like I have a duty to protect and take care of women."

- March 21, 2020, 3:32 p.m. ("Frivolous Pleadings" thread). Mr. Eustice e-mailed asking for assistance filing a lawsuit against China. He sent a similar request at 9:01 p.m. that same evening.

- April 5, 2020, 2:05 p.m. Mr. Eustice e-mailed a link asking for financial support of his coronavirus relief GoFundMe account and said he would allow undersigned counsel to shave off Mr. Eustice's hair in exchange for a sizeable donation.

D.   *Law and Argument*

Rule 41(b) of the Federal Rules of Civil Procedure states "if the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Clearly, Mr. Eustice has failed to comply with this Court's January 14, 2020 Order, in which it warned Mr. Eustice, consistent with Local Rule 83(B)(10), that "willful failure to comply with any of [the Local Rules] … shall be cause for such disciplinary action as the Court

may see fit." R. doc. 115, p.3. This Court also has authority inherent powers to reach misconduct that might otherwise be beyond the reach of the Federal Rules and Local Rules. *Clark v. Mortenson*, 93 Fed. Appx. 643 (5th Cir. 2004).

Mr. Eustice's abusive, threatening, and harassing behavior is the very essence of "willful failure" to comply with the Local Rules and to conduct himself in an appropriate manner.

- He has inundated the attorneys with a never-ending barrage of e-mails regarding matters unrelated to the litigation.

- He has used e-mail to send offensive, vulgar, and mocking materials.

- He has used e-mail to express highly inappropriate "strong feelings" for one of the attorneys representing the LSU Defendants, and inquiring whether she might feel the same way about him.

- He has used e-mail to threaten the attorneys that he will "get even" and they will "regret" what he perceives as their mistreatment of him.

- He has monitored the attorneys' social media pages and commented on their personal lives.

- He has threatened to file "hundreds" of lawsuits against LSU employees.

- He has threatened to sue undersigned counsel "until I own everything you have. I will never stop pursuing you with lawsuits."

- He has called the personal residence of undersigned counsel and complained to undersigned counsel's spouse.

- He has wasted the time of this Court and the attorneys by repeatedly filing frivolous motions, often frivolously asking for reconsideration of the Court's prior rulings on his earlier frivolous motions (to the point that Magistrate Judge

- 11 -

2337012v.2

> Bourgeois began including language in his rulings that "any motion seeking reconsideration of this order will be summarily denied", R. docs. 138, 139).[4]

- He has bragged about his ability to manipulate the judicial system by filing vexatious lawsuits in small-claims court without having to pay a filing fee.

Incredibly, much of this abusive and threatening harassment has taken place **after** this Court put him on notice that his behavior was "repugnant" and "reprehensible" and contrary to the expectations of persons appearing before the Court. The Court's warning to Mr. Eustice has had no effect at all; to the contrary, the tenor of his communications since the Court's notice has darkened significantly in recent months. Where once his e-mails were simply lame attempts at crude and sophomoric humor, now they include personal threats and creepy expressions of inappropriate feelings for opposing counsel. Mr. Eustice presents the Court with a textbook definition of "willful failure."

Even more incredibly, this is a pattern of bad behavior that extends back to his days at LSU, where he was warned by the police on three separate occasions to stop sending harassing e-mails and text messages to other LSU students and where he was arrested and suspended from the University for sending harassing e-mails and text messaging to co-defendant Megan Martter.

The Fifth Circuit has affirmed the dismissal with prejudice of a pro se plaintiff's lawsuit under similar circumstances.

> Petito's conduct is inexcusable. He used vulgar and abusive language to refer to judicial officers, and he sent threatening e-mails to opposing counsel. Under these circumstances, the dismissal of his case, even despite his unsubstantiated pleas of financial hardship and inability to appear at multiple show cause hearings, is by no means an abuse of discretion. He cannot expect the protection of the very courts he abuses; nor should he expect his action to proceed after debasing judicial

---

[4] As a result of Mr. Eustice's motion practice, the suit record now has almost one hundred fifty (150) entries, yet the litigation has not yet even reached the point where the defendants are required to file an answer.

- 12 -

2337012v.2

> proceedings with vulgar insults, or, more worryingly, issuing threats to opposing counsel, conduct that may be criminal. The right to bring claims before the courts is a sacred right in our republic. But this right is not without limits. We are vested with the power, and we labor under the duty, to protect judicial officers as well as those appearing in court on their own behalf and on behalf of others. Such protection was required in this case due to Mr. Petito's wrongful conduct, and accordingly, his claims against the defendants, whether meritorious or not, have been forfeited.

*Petito v. Brewster*, 562 F.3d 761, 763 (5th Cir. 2009). See also *Leibovitz v. City of New York*, No. 15-546, 2019 WL 4307305, at *1 (S.D.N.Y. Aug. 27, 2019) ("Although a pro se plaintiff is entitled to some latitude generally, he is not entitled to any latitude when it comes to threatening and inappropriate conduct. His unfamiliarity with the legal process is no excuse for threatening physical force, disparaging counsel, using profanity"); *Colida v. Panasonic Corp. of N. Am.*, 09-1786, 2011 WL 1743383, at *7 (N.D. Ill. May 3, 2011) ("Mr. Colida's vile statements, even if made in a paroxysm of anger, are reflective of an attempt on his part to abuse the legal process via his prosecution of this lawsuit. He does not get a free pass simply because he is a *pro se* litigant or simply because his statements to Panasonic's lawyers were not made in filings with the court").

Furthermore, this Court has the authority to sanction a *pro se* plaintiff by requiring him to first obtain court approval for all future *pro se* filings. *Chaney v. Races and Aces*, 11-399, 2014 WL 1256569, at *3 (M. D. La. March 26, 2014); *Thibeaux v. Cain*, 12-84, 2012 WL 832432, at *3 (M.D. La. Feb. 29, 2012). Mr. Eustice's fondness for filing pro se lawsuits has already been well-documented, and he has made his future intentions clear: "I will sue you until I own everything you have. I will never stop pursuing you with lawsuits." He has also bragged about his ability to file suit in small-claims court at no expense. The LSU Defendants respectfully request that this Court enjoin Mr. Eustice from filing further *pro se* lawsuits without first obtaining the Court's advance approval.

- 13 -

2337012v.2

Finally, the LSU Defendants ask the Court to exercise its inherent power and/or its authority under 28 U.S.C. 1927 to sanction Mr. Eustice by ordering him to reimburse the attorney fees and costs they have expended defending against this frivolous lawsuit and his sanctionable conduct.

## CONCLUSION

Mr. Eustice must be held accountable for his actions and cannot be allowed to continue threatening and harassing others without consequence, particularly when he has willfully ignored this Court's earlier warning. Anything less than dismissal of his suit and a prohibition against filing future *pro se* suits without Court approval only encourages his outrageous conduct and ensures that others will have to endure the same inexcusable treatment.

>Respectfully submitted,
>
>TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.
>
>By: s/John P. Murrill
>   John P. Murrill, T.A., Bar # 23878
>   Lauren R. Hadden, Bar # 36648
>   450 Laurel Street, 8th Floor (70801)
>   P.O. Box 2471
>   Baton Rouge, LA 70821-2471
>   Telephone: (225) 387-3221
>   Fax: (225) 346-8049
>
>ATTORNEYS FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, F. KING ALEXANDER, BART THOMPSON, ANDREW PALERMO, AND JENNIE STEWART

- 15 -

## CERTIFICATE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participant:

Mr. Christopher D. Eustice
Plaintiff Pro Se
655 West Forest Drive
Houston, TX 77079


Baton Rouge, Louisiana, this 22nd day of May, 2020.

                                                                     s/John P. Murrill
                                                                     John P. Murrill

2337012v.2