UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER D. EUSTICE                                          CIVIL ACTION

VERSUS
                                                                NO. 18-1008-SDD-RLB
STATE OF LOUISIANA THROUGH
THE BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL COLLEGE,
ET AL.

ORDER

Before the Court is Plaintiff's Financial Affidavit – CJA 23 filed on May 22, 2020. (R. Doc. 147).[1] Plaintiff simultaneously filed an Amended Notice of Appeal. (R. Doc. 148).[2] It appears that Plaintiff is attempting to obtain leave to proceed in forma pauperis ("IFP") with respect to his asserted appeal.

The Court is unable to determine whether Plaintiff is qualified to proceed IFP on appeal based upon the instant filing. The form provides that Plaintiff earns $560 per month through self-employment. (R. Doc. 147 at 1).[3] Plaintiff asserts that he supports "8 dependents," which includes two dogs, two cats, his retired parents, and his sister- and brother-in law. (R. Doc. 147 at 1). Plaintiff also asserts that he has $200,000 in unidentified debt for which he pays $20,000 monthly. (R. Doc. 147 at 1). The source of these monthly payments is unclear as Plaintiff does

---

[1] The form submitted by Plaintiff – CJA 23 – is for the determination of financial eligibility for representation or other services pursuant to the Criminal Justice Act.
[2] Plaintiff filed a Notice of Interlocutory Appeal on February 6, 2020. (R. Doc. 129). Plaintiff did not seek leave to proceed in forma pauperis on appeal at that time.
[3] Plaintiff states on the form that he earns "-$560" a month. There is no information to support a finding that Plaintiff earns a negative income.

not identify any sources of additional income, his property, or whether he has any cash or assets in personal checking or savings accounts.[4]

Given the foregoing, the Court will require Plaintiff to submit additional information to establish that he is entitled to proceed IFP on appeal. This documentation must identify each of the following or specific indicate that there is nothing to report for a particular category:

(1) Plaintiff's specific sources of income for the past 12 months from:

    (a) business, professional, or other self-employment,

    (b) rent payments, interest, or dividends,

    (c) pension, annuity, or life insurance payments,

    (d) disability, or worker's compensation payments,

    (e) gifts, or inheritances, and

    (f) any other sources;

(2) the amount of money Plaintiff has in cash, including

    (a) any cash that is in his possession,

    (b) any cash in any personal checking or savings account; and

    (c) any money in any money market account, brokerage account of Certificate of Deposit;

(3) any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value owned by Plaintiff, including any item of value held in someone else's name.

(4) Identify the estimated monthly expenses for the following:

---

[4] At the commencement of this action, Plaintiff filed a Motion to Proceed In Forma Pauperis by submitting AO Form 240 (Application to Proceed In District Court Without Prepaying Fees of Costs (Short Form)). (R. Doc. 2). In that submission, Plaintiff provided that his monthly income was $5,000 per month from his employer OpticsandAmmo, LLC, his expenses were $20,000-$30,000 per month, he had $45,000 in cash or personal savings or checking accounts, and he obtained other income in the past twelve months from self-employment income, rental income, gifts or inheritance, and "litigation settlements." (R. Doc. 2 at 1). The Court denied the motion because Plaintiff had sufficient funds to pay the filing fee. (R. Doc. 4).

(a) Rent or home-mortgage payment (including lot rented for mobile home)

    Are real estate taxes included?

    Is property insurance included?

(b) Utilities (electricity, heating fuel, water, sewer, and telephone)

(c) Home maintenance (repairs and upkeep)

(d) Food

(e) Clothing

(f) Laundry and dry-cleaning

(g) Medical and dental expenses

(h) Transportation (not including motor vehicle payments)

(i) Recreation, entertainment, newspapers, magazines, etc.

(j) Insurance (not deducted from wages or included in mortgage payments)

    Homeowner's or renter's

    Life

    Health

    Motor vehicle

    Other

(k) Taxes (not deducted from wages or included in mortgage payments) (specify)

(l) Installment payments

    Motor vehicle:

    Credit card (name):

    Department store (name):

    Other:

(m) Alimony, maintenance, and support paid to others

(n) Regular expenses for operation of business, profession, or farm (attach detailed statement)

IT IS ORDERED that Plaintiff must submit the foregoing information within 10 days of the date of this Order.  The Court will determine whether to grant Plaintiff leave to proceed IFP on appeal after the submission of this information.

Signed in Baton Rouge, Louisiana, on June 1, 2020.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**