## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| EUSTICE | CIVIL ACTION |
| VERSUS | 18-1008-SDD-RLB |
| STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL. | |

## **RULING**

The Court has carefully considered the *Motion*[1] filed by Defendants, the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated June 29, 2020, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the LSU Defendants' *Motion for Sanctions* (Rec. Doc. 145) is hereby GRANTED IN PART and DENIED IN PART. The Parties shall bear their own costs.

---

[1] Rec. Doc. 145.
[2] Rec. Doc. 153.
[3] Rec. Doc. 154.

**IT IS FURTHER ORDERED** that Plaintiff's action is hereby DISMISSED WITH PREJUDICE, Plaintiff is hereby ordered to obtain judicial pre-approval for all future *pro-se* filings in this district, and the remaining pending motions in this action (Rec. Docs. 94, 96, 141, 142, and 151) are all DENIED AS MOOT.

Signed in Baton Rouge, Louisiana on July 13, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**