IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER D. KISTICE,

**Plaintiff,**

v.

**STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; MEGAN C. MARTTER, RYAN BARSA,** *et al.*

**Defendants.**

Civil Action No. 18-CV-1008-SDD-RLB

Jury Trial Demanded

## PLAINTIFF'S MOTION FOR SANCTIONS AGAINST LSU AND LSU DEFENDANTS

The Court should Sanction the Opposing Counsel John Murrill under Rule 11 for filing frivolous pleadings and for failing to respond to Plaintiff's requests for information and for violating the court order that requires him to respond to those requests. Opposing counsel has not responded to Plaintiff's requests for information in clear violation of the court order.(Docket Items 88-89) The lack of response is clear from the LSU Defendants own numerous email exhibits attached throughout the record(Docket items 106 and 145) Plaintiff has many other emails that have not been responded to but is afraid to attach them as evidence exhibits as they may not be properly legible without first being granted ECF access.

John Murrill's responses to Plaintiff's pending issues is largely inadequate. He claims that everyone at LSU is his client and he refuses to disclose basic requests for information unrelated to the pending litigation under the guise of "attorney client privilege." He refuses to identify who he speaks with or how they respond to Plaintiff's pending issues. This is probably because he doesn't actually address these issues with the appropriate LSU representatives. His attempts to cover up his own lack of appropriate action are not fooling anyone. He has not even responded to hundreds of Plaintiff's pending issues.

Plaintiff requests for Sanctions to compensate him for his time spent sending emails in the amount of $330 per hour. He requests for $33,000 in Sanctions to be imposed against LSU

1

and the LSU defendants for an estimated 100 hours of emails having been ignored or inadequately addressed over the past 6 years since he enrolled at LSU in January 2015. These Sanctions will be payable to the Plaintiff. Additionally, the Plaintiff requests for further reasonable compensation for his time spent responding to the LSU Defendants frivolous pleadings.

Dated: August 2, 2020

Respectfully Submitted:

CHRISTOPHER D EUSTICE
By: S/ Christopher D. Eustice
655 West Forest Dr.
Houston, TX 77079
Telephone: 832.259.3634

Email: Chris.eustice@sbcglobal.net

Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2020, a copy of the foregoing was served electronically via email upon all parties to this case, and through their counsel on record if applicable. I also certify that I have emailed this filing to following non-CM/ECF participants consistent with the parties' agreement for electronic service of documents: Mr. Ryan Barsa


     s/Christopher D. Eustice
     Christopher D. Eustice

Christopher Eustice
655 West Forest Dr.
Houston, TX 77079

US District Court
777 Florida Street
Suite 139
Baton Rouge, LA 70801

70801-171739